| UNITED STATES OF AMERICA | MAGISTRATES DOCKET NUMBER | |
|---|---|---|
| vs | DATE OF COMPLAINT | |
| **MICHAEL FLYNN** | CRIMINAL DOCKET NUMBER | Cr 06-68 |
| | DATE OF INDICTMENT | |
| | STATUTE: | |

DATE ARRESTED: 2 8 05

## INITIAL APPEARANCE

| Before | [ ] SENSENICH | [x] CAIAZZA | Date: 2/9/06 | Cassette Tape# 2:28 |
|---|---|---|---|---|
| Magistrate | [ ] MITCHELL | [ ] BAXTER | Time: 2:00 | Tape Index: 2:32 |
| | | [ ] PESTO | | |

U.S. ATTORNEY   Brendan Conway - AUSA

1. RIGHTS EXPLAINED

2. COMPLAINT INDICTMENT INFORMATION:

   [X] Read   [X] Summarized   [ ] Reading waived

   [ ] Defendant provided with a copy of the charges

   [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES

   [X] Read   [X] Summarized   [ ] Reading waived

4. COUNSEL

   [ ] Defendant requested appointment   [ ] Defendant waived appointment

   [✓] Defendant represented by: Tom Farrell, ESQ

   [ ] Defendant expects to retain:

   [ ] Affidavit executed.

   [ ] Not Qualified   [ ] Qualified   [ ] with possible requirement for partial or full payment

   [ ] Federal Public Defender appointed

   [ ] CJA Panel Attorney _____ appointed

5. BAIL

   Recommended Bond: Detention

   Bond Set at:

   [ ] By Consent   [ ] Additional Conditions Imposed:

   [ ] By Magistrate

   [ ] Bond Posted

   [✓] Temporary Commitment issued   [ ] Final Commitment issued

   Bond Review Hearing Set For:

   Detention Hearing Set For: 2/10/06 - 2:30

6. PRELIMINARY EXAMINATION RULE 40 HEARING ARRAIGNMENT

   Preliminary Exam Rule 40 Arraignment set for: / /   Before Magistrate CAIAZZA

ADDITIONAL COMMENTS: